IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KIM LEE MILLBROOK,** | : | CIVIL ACTION NO. 3:12-CV-421 |
| | : | |
| **Plaintiff** | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **UNITED STATES OF AMERICA,** *et al.*, | : | |
| | : | |
| **Defendants** | : | |

## **ORDER**

AND NOW, this 15th day of June, 2016, upon consideration of the United States' motion (Doc. 122) requesting that the court redesignate the above-captioned matter as a non-jury case, and it appearing that the *pro se* plaintiff's only remaining claim against the United States arises under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq.*, and FTCA complainants are not entitled to a jury trial, see 28 U.S.C. § 2402, it is hereby ORDERED that:

1. The United States' motion (Doc. 122) to redesignate the above-captioned matter as a non-jury case is GRANTED.

2. Trial in the above-captioned matter shall proceed as a bench trial on **Monday, August 22, 2016 at 9:30 a.m.**, in Courtroom #2, Ninth Floor, 228 Walnut Street, Harrisburg, Pennsylvania.

3. The requirement set forth in the court's pretrial order (Doc. 114) that the parties submit proposed *voir dire* and proposed jury instructions in advance of the pretrial conference is stricken.

4. Unless otherwise modified herein, all other deadlines set forth in the court's pretrial order (Doc. 114) shall remain in full force and effect.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania